534 A.2d 755

**James H. PINEDA, Appellant,**

v.

**Earl S. BRIDGEHOUSE.**

Supreme Court of Pennsylvania.

Argued Nov. 11, 1987.

Decided Dec. 4, 1987.

Reargument Denied Jan. 15, 1988.

Daniel L. Thistle, Philadelphia, for appellant.

Joel D. Smith, Melinda S. Fisher, Lancaster, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

56

### ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

McDERMOTT, J., did not participate in the consideration or decision of this case.

LARSEN, J., dissents.